UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGUYEN DUNG THANH, | No.  1:26-cv-00352-DC-CSK (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| WARDEN OF GOLDEN STATE DETENTION FACILITY, et al., | (ECF No. 16, 17, 19, 20) |
| Respondents. | |

Petitioner, an immigration detainee proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 23, 2026, the magistrate judge filed findings and recommendations which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 16.  Respondent filed objections to the findings and recommendations.  ECF No. 18.  However, in those objections, Respondents merely state that they object "for the same reasons advanced in Respondents' earlier filings."  *Id.* Those arguments were addressed by the magistrate judge and have already been rejected by this court. *See Hoac v. Becerra*, No. 2:25-cv-01740-DC-JDP, 2025 WL 1993771 (E.D. Cal. July 16, 2025), *Vuong v. Becerra,* 1:25-cv-01847-DC-CSK, 2025 WL 3707172 (E.D. Cal. Dec. 22, 2025), and *El-Ghazaly v. Chestnut,* 1:25-cv-01621-DC-CKD, 2025 WL 3485030 (E.D. Cal. Dec. 4,

1

2025). Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on February 23, 2026 (ECF No. 16) are ADOPTED;

2. The petition for writ of habeas corpus (ECF No. 1) is GRANTED as to claims one and four, and DENIED as to claims two and three;

3. Respondents are ordered to immediately release petitioner Nguyen Dung Thanh from ICE custody under the same conditions he was previously released in his June 10, 2015 Order of Supervision;

4. Respondents are ordered to provide Petitioner with a copy of the release order at or near the time of release, and if Respondents have custody of Petitioner's documents (e.g., identification, passport, work permit, Social Security card, etc.), Respondents are ordered to return those to Petitioner at the time of release;

5. Respondents are enjoined and restrained from re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, compliance with the requirements of 8 C.F.R. § 241.13(i) for revocation of release, and any other applicable statutory and regulatory procedures;

6. Petitioner's pending motions (ECF Nos. 17, 19, 20) are DENIED as having been rendered moot by this order; and

/////

/////

/////

/////

2

7. The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:    **March 13, 2026**

Dena Coggins
United States District Judge